# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kenneth Evans, et al.

                     Plaintiff,

v.                                                            Case No.: 1:23−cv−04248

                                                                      Honorable Jeffrey I Cummings

County of Lake, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2024:

        MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [94] and plaintiffs' motion to compel [95] and orders as follows. Plaintiffs' motion to compel [95] is entered and continued generally. To the extent they have not already done so, defendants Wellpath, LLC, Nicholas Papanos, Kerry Ehlert−Donovan, Consuelo Reyes, Waukegan Illinois Hospital (d/b/a Vista Medical Center East), and Neil Puller must provide Rule 26(a)(1) disclosures and responses to plaintiffs' outstanding written discovery requests by no later than 9/20/24. The parties shall file a joint status report on defendants' compliance with this order by 10/1/24. The Court will set expert discovery deadlines at a later date. The 9/6/24 tracking status hearing is stricken and re−set to 10/18/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.