# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Kenneth Evans, et al.
                                    Plaintiff,

v.                                                       Case No.: 1:23−cv−04248
                                                             Honorable Jeffrey I Cummings

County of Lake, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [97] regarding defendants' responses to outstanding discovery requests addressed in plaintiff's motion to compel. The parties report that defendants Taryn Weiler, RN, Dr. Nicholas Papanos, Kerry Ehlert−Donovan, LPN, Consuelo Reyes, Waukegan Illinois Hospital, LLC d/b/a Vista Medical Center East, the Lake County Defendants, Dr. Barker, Dr. Ferrera, Dr. Malghani, Dr. Naydenov, and Dr. Oyasu have all issued their Rule 26(a)(1) disclosures and responded to plaintiff's discovery requests. Plaintiff's motion to compel [95] is denied as moot with respect to these defendants. Plaintiff's motion [95] is granted with respect to defendant Neil Puller, MD who has not responded to outstanding discovery requests. Defendant Puller shall respond to those requests by 10/23/24. Moreover, plaintiff, Wexford, and the Lake County defendants shall continue to meet and confer regarding ESI search terms and any outstanding insurance information from Wellpath, and all responsive discovery shall be promptly produced. By 12/6/24, the parties shall file a joint status report setting forth what additional discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention. The 10/18/24 tracking status hearing is stricken and re−set to 12/20/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.