UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH EVANS and KENYA EVANS, as the Independent Administrators of the Estate of KHAYLA J. EVANS, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>LAKE COUNTY, ILLINOIS; LAKE COUNTY ADULT CORRECTIONS FACILITY; SHERIFF JOHN IDLEBURG; WELLPATH, LLC, a Foreign Corporation; NICHOLAS PAPANOS, MD,; KERRY EHLERT-DONOVAN, LPN; TARYN WEILER, RN; CONSUELO REYES, RN, WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA MEDICAL CENTER EAST, an Illinois Corporation; JARROD BARKER, MD; SARA FERRERA, MD; SHAHRUKH MALGHANI, MD, NEIL PULLER, MD; AMERICAN PHSYCIAN PARTNERS, LLC, a foreign corporation, TZVETAN NAYDENOV, MD; and KENJI OYASU, MD.<br><br>Defendants. | Case No: 23-cv-04248<br><br>Hon. Jeffrey I. Cummings |

**NOTICE OF WITHDRAWL OF APPEARANCE**

PLEASE TAKE NOTICE that James Kearney withdraws as counsel for Defendant WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA MEDICAL CENTER EAST. Defendant WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA MEDICAL CENTER EAST continues to be represented by Jennifer Ries and Krista Luzio. Copies of all pleadings and notices pertaining to the above-entitled matter should continue to be served on the attorneys of record for WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA MEDICAL CENTER EAST.

Dated: March 7, 2025

1

2

                    **HALL PRANGLE & SCHOONVELD**

            By:  /s/Jennifer Ries
                 200 S. Wacker Drive, Suite 3300
                 Chicago, IL 60606
                 (312)345-9600
                 jries@hpslaw.com
                 kluzio@hpslaw.com
                 ***Attorneys for WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA MEDICAL CENTER EAST.***

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2025, I electronically filed the forgoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Filing" to the attorneys of record in this case.

            By:  /s/Jennifer Ries