## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kenneth Evans, et al.

                Plaintiff,

v.

County of Lake, et al.

                Defendant.

Case No.: 1:23–cv–04248
Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Attorney's motion to withdraw as attorney for defendant [106] is granted. James Kearney is terminated as counsel. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.