# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kenneth Evans, et al.
                        Plaintiff,

v.                                             Case No.: 1:23−cv−04248
                                                Honorable Jeffrey I Cummings

County of Lake, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Motion hearing held on 8/4/25. For the reasons stated on the record, defendant Wellpath's motion to withdraw [114] is terminated as withdrawn without prejudice and with leave to renew if appropriate. The parties shall meet and confer regarding a potential stipulation by which plaintiff can proceed with discovery against now−defunct Wellpath. The parties shall file a joint status report on those efforts by 8/18/25 and, if appropriate, shall include a briefing schedule for plaintiff's response and defendant's reply on defendant Wellpath's motion to dismiss [116]. Tracking status hearing set for 9/8/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.